**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 28, 2026

**<u>Via ECF</u>**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Beiner v. Moreno, et al.*, 24 Civ. 8600 (FB) (JAM)

Dear Judge Block:

The Office of the New York State Attorney General ("OAG") represents defendants Presiding Justice Hector D. LaSalle, Angélicque M. Moreno, and David W. Chandler (collectively "Defendants"), each sued in their official capacity, in the above-captioned action. Defendants write to provide a brief update on their August 12, 2026 letter. ECF No. 32. OAG will be filing a petition for certiorari on behalf of Presiding Justice LaSalle in the *Civil Rights Corps.* ("*CRC*") case, with the petition currently due by October 27, 2026. Pursuant to the September 8, 2026 order of the Honorable Valerie Figueredo in the *CRC* case, the parties are directed to submit a letter within five days of a decision from the Supreme Court on this petition. ECF No. 227.

Defendants similarly request that the stay entered on February 10, 2026 in this case be continued until five days after the Supreme Court's resolution of the petition in *CRC*. In the event the Court does not extend the stay, Defendants respectfully renew their request for 21 days from the date of the Court's order to determine whether to maintain the motion to dismiss and/or answer the Complaint.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/____________________
Yuval Rubinstein
Assistant Attorney General
Attorney for Defendants